Robert A. Uihlein, appellee, v. E. N. Ascherman, M. D., appellant. Gen. No. 33,626.

616

Opinion filed December 31, 1929.

Mandel Mendelson, for appellant.  M. L. Carmody, for appellee.
Mr. Presiding Justice Barnes delivered the opinion of the court.